

TAMPA FL 335
SAINT PETERSBURG FL
02 SEP 2020 PM 3 L

33786-321902

VANSCOYOC, JUNE E
102 7TH ST
BELLEAIR BEACH FL 33786

Belleair Beach Residents. You will never believe what our current Mayor and his Significant Other are doing now. You must read about the Law Suit filed against the City and Others!





**Lento Law Group, P.C.**
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904-602-9400 x 467
904-299-5400 (Fax)
Rook Elizabeth Ringer, Esquire
FL Bar: 1015698
reringer@lentolawgroup.com

August 18, 2020

**Via cert mail 7017 3040 0000 2034**
Department of Financial Services
Risk Management
200 East Gaines Street
Tallahassee, FL 32399-0336

**Via cert mail 7017 3040 0000 2034 6582**
Frederick John Riley, Esq.
City Attorney, City of Bellair Beach
33 North 6th Street, No. 2
Haines City, FL 33845-2039

**Via cert mail 7017 3040 0000 2034 6575**
Mayor Joseph A. Manzo, Esq.
City of Belleair Beach
102 7th St.
Belleair Beach, FL 33786

**Via cert mil 7017 3040 0000 2034 6568**
Town of Belleair Shore
P.O. Box 8
Indian Rocks Beach, FL 33785

**Via cert mail 7017 3040 0000 2034 6551**
Belleair Beach, FL
City of Belleair Beach
444 Causeway Boulevard
Belleair Beach, FL 33786

**Via cert mail 7017 3040 0000 2034 6544**
Barbara Colucci
Town of Belleair Shore Clerk/Treasurer
104 9th St.
Belleair Beach, FL 33786

**Via cert mail 7017 3040 0000 2034 6537**
Councilwoman Rita Swope
121 8 St.
Belleair Beach, FL 33786

**Via cert mail 7017 3040 0000 2034 6520**
Councilwoman Jody J. Shirley
207 Harrison Ave.
Belleair Beach, FL 33786

Re:     Pinellas County & Middle District of Florida Case(s) (pending filing)

   June Van Scoyoc,
                             *Plaintiff*,
   v.
   **City of Belleair Beach**,
   **Councilwoman Jody Shirley**, personally and in her
   official capacity as Belleair Beach Council Member,
   **Councilwoman Rita Swope**, personally and in her
   official capacity as Belleair Beach Council Member,
   **Town of Belleair Shore**,
   **Barbara Colluci**, personally and in her official capacity
   as Belleair Shore Town Clerk,
                             *Defendants*.

PHILADELPHIA, PA     MIDLAND, MI     ST. AUGUSTINE, FL     MOUNT LAUREL, NJ