| | |
|---|---|
| **From:** | Keith Macari |
| **To:** | Rook Ringer |
| **Subject:** | Belleair Beach |
| **Date:** | Sunday, September 6, 2020 9:09:33 AM |

Dear Ms. Ringer,

I briefly spoke with you on Friday. I don't feel it was very professional of you to hang up on me. I believe I have every right to know what I am being sued for since your client is suing me as a resident of Belleair Beach. I would appreciate it if you could send me the details regarding this lawsuit.

Thank you
K. Macari