10:06

**General**

2 hr ago  Like  Reply

**Kevin MCcry** · Belleair Beach

Wow, my feelings are hurt by council members so I am going to sue the residents of Belleair Beach. Grow up. I called the lawyer to ask her what she is suing me for as a resident of Belleair Beach. She mentioned something about the 1st amendment and then she hung up on me. So much for my 1st amendment rights. Such a frivolous lawsuit against us. I think each of us should call the lawyer and ask why she is suing us. Likely has a legal obligation to speak with us since we are being sued.

1 hr ago  Like  Reply

**Paul Ferrare** · Belleair Beach

Wow, 2020 has been one hell of a ride so far: pandemic, political

Comment



Home  Groups  Businesses  Notifications  More