AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| June Van Scoyoc | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 8:21-cv-1490 |
| City of Belleair Beach, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Belleair Beach, Glenn R. Gunn, Jody J. Shirley, Rita T. Swope, David Gattis and Wendy Gattis.

Date: 07/21/2021

/s/ Randol D. Mora
*Attorney's signature*

Randol D. Mora FBN: 0099895
*Printed name and bar number*

Trask Daigneault, LLP
1001 S. Ft. Harrison Ave., Suite 201
Clearwater, FL 33756
*Address*

randy@cityattorneys.legal
*E-mail address*

(727) 733-0494
*Telephone number*

(727) 733-2991
*FAX number*