UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUNE VAN SCOYOC,

       Plaintiff,

-v-

CITY OF BELLEAIR BEACH, GLENN R. GUNN, personally and in his official capacity as vice mayor of Belleair Beach, COUNCILWOMAN JODY J. SHIRLEY, personally and in her official capacity as Belleair Beach council member, COUNCILWOMAN RITA T. SWOPE, personally and in her official capacity as Belleair Beach council member, TOWN OF BELLEAIR SHORE, BARBARA A. COLUCCI, personally and in her official capacity as Belleair Shore town clerk, RICK COLLUCI, KEITH D. MACARI, MARK J. GOLDMAN, COUNCILMAN MICHAEL DAVIDGATTIS, personally and in his official capacity as Belleair Beach council member; and WENDY LEIGH GATTIS,

       Defendants.

CASE NO.: 8:21-cv-1490

## NOTICE OF APPEARANCE FOR BARBARA A. COLUCCI AND RICK COLLUCI

    Martin J. Champagne, Jr. of Scarritt Law Group, P.A., hereby gives Notice

of Appearance as counsel for defendants Barbara A. Colucci and Rick Colluci[1] in the above-referenced matter. Effective immediately, please direct all correspondence, pleadings, notices, orders and other items in the above-styled matter to the undersigned. Furthermore, the undersigned counsel for defendant hereby designates the following primary and secondary e-mail addresses for service by electronic mail.

MARTIN J. CHAMPAGNE, JR.
Florida Bar Number: 0605921
SCARRITT LAW GROUP, P.A.
1405 West Swann Avenue
Tampa, Florida 33606
Primary Email: courtpleadings@scarrittlaw.com
Secondary Email: mc@scarrittlaw.com
Telephone:  (813) 258-2300
Facsimile:  (813) 258-3242
Attorneys for Defendants Barbara A. Colucci and Rick Colucci

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the July 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the parties of record.

   */s/ Martin J. Champagne, Jr.*
**THOMAS P. SCARRITT, JR.**
Florida Bar Number: 0378781
**MARTIN J. CHAMPAGNE, JR.**
Florida Bar Number: 0605921
SCARRITT LAW GROUP, P.A.
1405 West Swann Avenue
Tampa, Florida 33606
Telephone:  (813) 258-2300

---

[1] This defendant's name is incorrectly spelled in the First Amended Complaint. The correct spelling is "Rick Colucci".

Facsimile: (813) 258-3242
Attorneys for Defendant Barbara A. Colucci and Rick Colucci