UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-cv-01490-MSS-JSS

JUNE VAN SCOYOC,
    Plaintiff,

v.

CITY OF BELLEAIR BEACH,
GLENN R GUNN, PERSONALLY
AND IN HIS OFFICIAL
CAPACITY AS VICE MAYOR OF
BELLEAIR BEACH,
COUNCILWOMAN JODY J.
SHIRLEY, PERSONALLY AND IN
HER OFFICIAL CAPACITY AS
BELLEAIR BEACH COUNCIL
MEMBER, COUNCILWOMAN
RITA T. SWOPE, PERSONALLY
AND IN HER OFFICIAL
CAPACITY AS BELLEAIR
BEACH COUNCIL MEMBER,
TOWN OF BELLEAIR SHORE,
BARBARA A. COLUCCI,
PERSONALLY AND IN HER
OFFICIAL CAPACITY AS
BELLEAIR SHORE TOWN
CLERK, RICK COLLUCI, KEITH
D MACARI, MARK J. GOLDMAN,
COUNCILMAN MICHAEL
DAVID GATTIS, PERSONALLY
AND IN HIS OFFICIAL
CAPACITY AS BELLEAIR
BEACH COUNCIL MEMBER,
AND WENDY LEE GATTIS,
    Defendants.
_____ /

## <u>DEFENDANT MARK J. GOLDMAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT</u>

Defendant, Mark J. Goldman, by and through undersigned counsel and pursuant to Rules 6 and 7, Fed. R. Civ. P., hereby files his unopposed motion for extension of time to respond to plaintiff's first amended complaint [DE 4] and in support thereof states as follows:

Mr. Goldman was served with the first amended complaint, in which he was named in this lawsuit for the first time, on July 10th, 2021. Accordingly, Mr. Goldman's response to the first amended complaint is due on July 30th, 2021. However, the undersigned is in need of more time within which to respond to plaintiff's first amended complaint.

The undersigned was retained to defend Mr. Goldman on July 19th, 2021. Upon review of the first amended complaint, the undersigned determined that she would require additional time to analyze the legal issues as contained in the first amended complaint in order to properly prepare a response on Mr. Goldman's behalf. In light of her review, the undersigned reached out to plaintiff's counsel to request a 20-day extension, which was agreed to by plaintiff's counsel on July 22nd, 2021.

Accordingly, the undersigned respectfully requests that the Court enter an order granting Mr. Goldman an extension of time until August 10th, 2021, within which to respond to plaintiff's first amended complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned hereby certifies that she has conferred with plaintiff's counsel in good faith and the parties have agreed to an extension of time until August 10th, 2021 for Defendant Mark Goldman to respond to the 1st Amended Complaint.

Respectfully submitted,

By:   /s/ Diana Sun
IRENE PORTER
Florida Bar No. 567280
DIANA SUN
Florida Bar No. 100808
HICKS, PORTER, EBENFELD & STEIN, P.A.
799 Brickell Plaza, Suite 900
Miami, FL 33131
Tel:   305/374-8171
Fax:   305/372-8038
Primary email:  iporter@mhickslaw.com
dsun@mhickslaw.com
Secondary email: bpaz@mhickslaw.com
eclerk@mhickslaw.com
*Counsel for Defendant, Mark J. Goldman*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **27th** day of **July, 2021**, a true and correct copy of the foregoing was filed with the Court's CM/ECF system that will serve a copy via e-mail to the following attorneys of record:

Rook Elizabeth Ringer, Esq.
Lento Law Group, P.A.
222 San Marco Avenue, Suite C
St. Augustine, FL 32084
Tel:   904/602-9400
Fax:   904/299-5400
reringer@lentolawgroup.com
*Counsel for Plaintiff*

Thomas P. Scarritt, Jr., Esq.
tps@scarrittlaw.com
Martin J. Champagne, Jr., Esq.
mc@scarrittlaw.com
Scarritt Law Group, P.A.
1405 West Swann Avenue
Tampa, FL 33606
Tel:   813/258-2300
Fax:   813/258-3242
courtpleadings@scarrittlaw.com
*Counsel for Defendants,*
*Barbara A. Colucci and Rick Colucci*

Jay Daigneault, Esq.
jay@cityattorneys.legal
Randol D. Mora, Esq.
randy@cityattorneys.legal
Trask Daigneault, LLP
1001 S. Ft. Harrison Avenue, Suite 201
Clearwater, FL 33756
Tel:   727/733-0494
Fax:   727/733-2991
*Counsel for Defendants, City of Belleair*

HICKS, PORTER, EBENFELD & STEIN, P.A.
799 BRICKELL PLAZA, SUITE 900, MIAMI, FL 33131 • TEL. 305/374-8171 • FAX 305/372-8038

*Beach, Glen R. Gunn, Jody J. Shirley,*
*Rita T. Swope, David Gattis and Wendy*
*Gattis*

By:    /s/ Diana Sun
       DIANA SUN
       Florida Bar No. 100808