UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-cv-01490-MSS-JSS

JUNE VAN SCOYOC,
    Plaintiff,

v.

CITY OF BELLEAIR BEACH, GLENN R GUNN, PERSONALLY AND IN HIS OFFICIAL CAPACITY AS VICE MAYOR OF BELLEAIR BEACH, COUNCILWOMAN JODY J. SHIRLEY, PERSONALLY AND IN HER OFFICIAL CAPACITY AS BELLEAIR BEACH COUNCIL MEMBER, COUNCILWOMAN RITA T. SWOPE, PERSONALLY AND IN HER OFFICIAL CAPACITY AS BELLEAIR BEACH COUNCIL MEMBER, TOWN OF BELLEAIR SHORE, BARBARA A. COLUCCI, PERSONALLY AND IN HER OFFICIAL CAPACITY AS BELLEAIR SHORE TOWN CLERK, RICK COLLUCI, KEITH D MACARI, MARK J. GOLDMAN, COUNCILMAN MICHAEL DAVID GATTIS, PERSONALLY AND IN HIS OFFICIAL CAPACITY AS BELLEAIR BEACH COUNCIL MEMBER, AND WENDY LEE GATTIS,
    Defendants.
_____/

**DEFENDANT, MARK J. GOLDMAN'S, REQUEST FOR ORAL ARGUMENT AS TO HIS MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE AND DECLARATORY RELIEF AND JURY DEMAND OR, IN THE ALTERNATIVE, MOTION TO STRIKE PUNITIVE DAMAGE CLAIMS FOR COUNTS III AND IV**

Defendant Mark J. Goldman, through counsel and pursuant to Local Rule 3.01(h), hereby requests oral argument for his Motion to Dismiss First Amended Complaint for Damages and For Injunctive and Declaratory Relief and Jury Demand or, in the Alternative, Motion to Strike Punitive Damages Claims for Counts III and IV. The undersigned anticipates that oral argument on the Motion to Dismiss will require fifteen minutes.

Respectfully submitted,

By: /s/ Diana Sun
IRENE PORTER
Florida Bar No. 567280
DIANA SUN
Florida Bar No. 100808
HICKS, PORTER, EBENFELD
 & STEIN, P.A.
799 Brickell Plaza, Suite 900
Miami, FL 33131
Tel:   305/374-8171
Fax:   305/372-8038
Primary email:  iporter@mhickslaw.com
dsun@mhickslaw.com
Secondary email: bpaz@mhickslaw.com
eclerk@mhickslaw.com
*Counsel for Defendant, Mark J. Goldman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **10th** day of **August, 2021**, a true and correct copy of the foregoing was filed with the Court's CM/ECF system that will serve a copy via e-mail to the following attorneys of record:

Rook Elizabeth Ringer, Esq.
Lento Law Group, P.A.
222 San Marco Avenue, Suite C
St. Augustine, FL 32084
Tel:   904/602-9400
Fax:   904/299-5400
reringer@lentolawgroup.com
*Counsel for Plaintiff*

          By:   /s/ Diana Sun
             DIANA SUN
             Florida Bar No. 100808