UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JUNE VAN SCOYOC,<br><br>      Plaintiff,<br><br>-v-<br><br>CITY OF BELLEAIR BEACH, DAN GUNN, personally and in his official capacity as vice mayor of Belleair Beach, COUNCILWOMAN JODY SHIRLEY, personally and in her official capacity as Belleair Beach council member, COUNCILWOMAN RITA SWOPE, personally and in her official capacity as Belleair Beach council member, TOWN OF BELLEAIR SHORE, BARBARA COLLUCI, personally and in her official capacity as Belleair Shore town clerk, STEVE MARSH, KEITH MACARI, and NICK DI CEGLIE, dba PINELLAS COUNTY REPUBLICAN EXECUTIVE COMMITTEE AND/OR PINELLAS COUNTY REPUBLICAN PARTY,<br><br>      Defendants. | CASE NO.: 8:21-cv-1490 |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
FOR PLAINTIFF JUNE VAN SCOYOC**

COMES NOW the undersigned attorney, Gautier Kitchen, Esq., and hereby files this Notice of Appearance on behalf of the Plaintiff, June VanScoyoc, as additional counsel of record for them in this proceeding.

Furthermore, the undersigned counsel for Plaintiff hereby designates the following primary and secondary e-mail addresses for service by electronic mail:

gautier@kitchen-law.com

judith@kitchen-law.com

WHEREFORE, the undersigned files the instant notice this 10th day of August 2021.

                Respectfully Submitted,

                /s/ Gautier Kitchen
                Gautier Kitchen, Esquire
                Florida Bar No.: 0689793
                THE KITCHEN LAW FIRM
                103 N. Meridian Street
                Tallahassee, Florida 32301
                Telephone: (850) 329-6715
                gautier@kitchen-law.com
                juditch@kitchen-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 10, 2021, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

/s/ Gautier Kitchen
Gautier Kitchen, Esquire