## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JUNE VAN SCOYOC,

      Plaintiff,

CASE NO.: 8:21-cv-1490

-v-

CITY OF BELLEAIR BEACH,
GLENN R. GUNN, personally and in
his official capacity as vice mayor of
Belleair Beach, COUNCILWOMAN
JODY J. SHIRLEY, personally and in
her official capacity as Belleair Beach
council member, COUNCILWOMAN
RITA T. SWOPE, personally and in
her official capacity as Belleair Beach
council member, TOWN OF
BELLEAIR SHORE, BARBARA A.
COLUCCI, personally and in her
official capacity as Belleair Shore
town clerk, RICK COLLUCI, KEITH
D. MACARI, MARK J.
GOLDMAN, COUNCILMAN
MICHAEL DAVIDGATTIS,
personally and in his official capacity
as Belleair Beach council member; and
WENDY LEIGH GATTIS,

      Defendants.

## NOTICE OF APPEARANCE FOR
## TOWN OF BELLEAIR SHORE

      Thomas P. Scarritt, Jr. of Scarritt Law Group, P.A., hereby gives Notice of

Appearance as counsel for defendant TOWN OF BELLEAIR SHORE in the

above-referenced matter. Effective immediately, please direct all correspondence, pleadings, notices, orders and other items in the above-styled matter to the undersigned. Furthermore, the undersigned counsel for defendant hereby designates the following primary and secondary e-mail addresses for service by electronic mail.

THOMAS P. SCARRITT, JR.
Florida Bar Number: 0378781
SCARRITT LAW GROUP, P.A.
1405 West Swann Avenue
Tampa, Florida 33606
Primary Email: courtpleadings@scarrittlaw.com
Secondary Email: tps@scarrittlaw.com
Telephone:  (813) 258-2300
Facsimile:  (813) 258-3242
Attorneys for Defendants Town of Belleair Shore,
Barbara A. Colucci and Rick Colucci

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the parties of record.

_/s/ Thomas P. Scarritt, Jr._
**THOMAS P. SCARRITT, JR.**
Florida Bar Number:  0378781
**MARTIN J. CHAMPAGNE, JR.**
Florida Bar Number: 0605921
SCARRITT LAW GROUP, P.A.
1405 West Swann Avenue
Tampa, Florida 33606
Telephone:  (813) 258-2300
Facsimile:  (813) 258-3242
Attorneys for Defendants Town of Belleair Shore, Barbara A. Colucci and Rick Colucci