IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| JUNE VANSCOYOC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| CITY OF BELLEAIR BEACH, GLENN R. | ) | |
| GUNN, personally and in his official | ) | |
| capacity as vice mayor of Belleair | ) | |
| Beach, COUNCIL WOMAN JODY J. | ) | |
| SHIRLEY, personally and in her official | ) | |
| capacity as Belleair Beach Council | ) | CASE NO. 8:21-cv-1490 |
| member, COUNCIL WOMAN RITA T. | ) | |
| SWOPE, personally and in her official | ) | |
| Capacity as Belleair Beach Council | ) | |
| member, TOWN OF BELLAIR SHORE, | ) | |
| BARBARA A COLUCCI, personally and | ) | |
| in her official capacity as Belleair Shore | ) | |
| town clerk, RICK COLLUCI, KEITH D | ) | |
| MACARI, MARK J. GOLDMAN, in his | ) | |
| Personal capacity, COUNCELMAN | ) | |
| MICHAEL DAVID GATTIS, personally | ) | |
| and in his official capacity as Belleair | ) | |
| Beach council member; and WENDY | ) | |
| LEIGH GATTIS  in her personal | ) | |
| capacity, | ) | |
| | ) | |
| Defendants, | ) | |

**PLAINTIFF'S EMERGENCY MOTION FOR A STAY IN RESPONDING TO INTEROGITORIES WHILE SHE LOCATES NEW LEGAL REPRESENTATION**

Plaintiff June VanScoyoc, representing herself *pro se,* respectfully requests that this Honorable Court grant the Plaintiff's request for an emergency stay for her upcoming response to interrogatories 2021 in this case due December 28,2021 until her pending **PLAINTIFF'S MOTION FOR A STAY IN PROCEEDINGS WHILE SHE LOCATES NEW LEGAL COUNSEL AND BRINGS THEM UP TO SPEED** has been decided for the following reasons:

1. Per the reasons laid out in the previously filed **PLAINTIFF'S MOTION FOR A STAY IN PROCEEDINGS WHILE SHE LOCATES NEW LEGAL COUNSEL AND BRINGS THEM UP TO SPEED** her Counsel failed to provide assistance in this case including in the preparation of a response to the interrogatories.
2. As a *pro se* Plaintiff she does not have the skills or abilities to prepare the interrogatories.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court approve this emergency motion for a stay in the response to the interrogatories in the interest of justice, while the Plaintiff finds a new Counsel and brings the new counsel up to speed with this case and file any motions or re-file the case.

Respectfully submitted,


<u>/s/ June VanScoyoc</u>
June VanScoyoc, Plaintiff



June VanScoyoc
102 7th Street
Belleair Beach, FL 33786
(727) 674-3436
JuneVanScoyoc@outlook.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of December 2021, the foregoing was filed with the Clerk of the District Court using the CM/ECF system which will provide an electronic copy to the Parties' counsel of record.

                                          /s/ June VanScoyoc  
                                          June VanScoyoc, Plaintiff  
                                          102 7th Street  
                                          Belleair Beach, FL 33786  
                                          (727) 674-3436  
                                          JuneVanScoyoc@outlook.com

June VanScoyoc  
102 7th Street  
Belleair Beach, FL 33786  
(727) 674-3436  
JuneVanScoyoc@outlook.com