UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUNE VANSCOYOC,

    Plaintiff,

v.                                                                                  Case No: 8:21-cv-1490-MSS-JSS

CITY OF BELLEAIR BEACH, JODY
SHIRLEY, RITA SWOPE, JODY
SHIRLEY, MICHAEL DAVID
GATTIS, GLENN GUNN, RITA
SWOPE and MICHAEL DAVID
GATTIS,

    Defendants.
_____/

## ORDER

Plaintiff, proceeding pro se, moves to compel Defendant City of Belleair Beach to respond to her first requests to produce. (Motion, Dkt. 144.) Defendant opposes the Motion (Dkt. 149). The court held a hearing on August 16, 2023. Upon consideration and for the reasons stated during the hearing:

1. Plaintiff's Motion to Compel Defendant's Discovery Responses (Dkt. 144) is **GRANTED in part** and **DENIED in part**.

2. In response to Plaintiff's Request No. 1, Defendant is ordered to produce all non-privileged press releases, notes, emails, text messages, or social media posts in Defendant's possession, custody, or control for the period

of May 1, 2019 through November 27, 2022 that relate to Plaintiff and the allegations in Plaintiff's lawsuit.

3. In response to Plaintiff's Request No. 7, Defendant is ordered to produce all non-privileged text messages or notes of phone calls by City Manager Lynn Rives or City Clerk Patty Gentry within Defendant's possession, custody, or control for the period of May 1, 2019 through October 1, 2022 that relate to Plaintiff and the allegations in Plaintiff's lawsuit.

4. Defendant is directed to supplement its productions with the additional information discussed herein on or before August 25, 2023.

5. Plaintiff's Motion is otherwise denied.

**ORDERED** in Tampa, Florida, on August 16, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party